**Order entered June 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00042-CV

### FIRST OVILLA, Appellant

### V.

### JOHN PRIMM, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01696-A**

## ORDER

Before the Court is appellees' June 18, 2019 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellees' responsive brief be filed no later than July 29, 2019.

/s/     BILL WHITEHILL
        JUSTICE